# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

_____

EMANUEL LEROY BROWN,

    Petitioner,

v.                                           Case No. 18-13748

GREGORY SKIPPER,

    Respondent,

_____/

## ORDER ACKNOWLEDGING PETITIONER'S COMPLIANCE WITH THE OPINION AND ORDER STAYING THIS CASE

Petitioner Emanuel Leroy Brown filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254, (ECF No. 1), which the court held in abeyance so that Petitioner could exhaust additional claims in the state courts. (ECF No. 7.) The stay was conditioned on Petitioner filing his post-conviction motion for relief from judgment within sixty days of the court's order and informing the court that the motion had been filed with the state court. (*Id.*, PageID.67-68.) Petitioner was advised that if he failed to comply with the order, the stay would be vacated and the case dismissed. (*Id.*)

Petitioner filed a notice indicating that he has complied with the terms of the stay order by timely filing a motion for relief from judgment in state court. (ECF No. 14.) Petitioner also filed a copy of his motion for relief from judgment. (ECF No. 15.) Accordingly,

IT IS ORDERED that the court acknowledges Petitioner's "Motion for Relief from Judgment" (ECF No. 15) and will continue the stay.

2

If Petitioner does not obtain relief in the state courts, Petitioner shall file a motion to lift the stay using the same caption and case number within **sixty (60) days after the conclusion of the state court post-conviction proceedings**.

    s/Robert H. Cleland          /
ROBERT H. CLELAND
UNITED STATES DISTRICT JUDGE

Dated:  September 8, 2020
I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, September 8, 2020, by electronic and/or ordinary mail.

    s/Lisa Wagner          /
Case Manager and Deputy Clerk
(810) 292-6522

S:\Cleland\Cleland\JUDGE'S DESK\C2 ORDERS\18-13748.BROWN.OrderAcknowledgingPetitioner'sCompliancewithOpinionandOrderStayingCase.DB.RMK.docx